UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MILBOURN, | Case No.: 3:19-CV-00087-RCJ-WGC |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |
| vs. | |
| LEGAL INSIGHTS, INC. *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 5[1]) entered on July 11, 2019, recommending that the Court grant the Plaintiff's IFP Application (ECF No. 1-2, 3), file the Complaint (ECF No. 4-1) and dismiss the action with prejudice.  No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

IT IS HEREBY ORDERED that Magistrate Judge Cobb's Report and Recommendation (ECF No. 5) entered on July 11, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that the Plaintiff's IFP application (ECF No. 1-2, 3) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to the attention of Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, Nevada 89702.

IT IS FURTHER ORDERED that the Clerk of the Court shall file the Complaint (ECF No. 4-1).

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated this 31st day of July, 2019.

_____
ROBERT C. JONES
Senior District Judge